**United States District Court**
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ELECTRONIC DESIGN COMPANY                    NO. CV 08-00614 SC

11              Plaintiff,                        **CLERK'S NOTICE RE: FAILURE
                                                  TO FILE ELECTRONICALLY
         v.                                       AND/OR REGISTER AS AN E-
12                                                FILER**

13   CHUNGHWA PICTURE TUBES
                Defendant.
14   _____/

15

16   On 1/25/08, counsel for Plaintiff(s) filed a Complaint  manually, on paper.  This case has been

17   designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18

19   The above mentioned  paper document has been filed and docketed. However, General Order 45

20   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

21   presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff(s)  should submit the

22   Complaint, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges

23   chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

24   follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper,

25   as is the case with the above mentioned filing. All subsequent papers should be e-filed.

26

27   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

28   become an ECF User and be assigned a user ID and password for access to the system upon designation

of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users

must do so immediately. Forms and instructions for registering can be found on the Court's Web site

at ecf.cand.uscourts.gov.

Dated: April 9, 2008

_Alfred Amistoso_
Alfred Amistoso
Deputy Clerk

**United States District Court**
For the Northern District of California

2