Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: ALL ACTIONS | **NOTICE OF APPEARANCE OF GEORGE L. PAUL** |

PLEASE TAKE NOTICE that George L. Paul hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.  Mr. Paul is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Dated:  May 8, 2008                    Respectfully submitted,

**WHITE & CASE**LLP

By:  /s/ George L. Paul
      Christopher M. Curran (*pro hac vice*)
      George L. Paul (*pro hac vice*)
      Lucius B. Lau (*pro hac vice*)
      701 Thirteenth Street, N.W.
      Washington, D.C.  20005
      tel.: (202) 626-3600
      fax: (202) 639-9355

      *Counsel to Defendants Toshiba America,*
      *Inc., Toshiba America Information*
      *Systems, Inc., Toshiba America Consumer*
      *Products, L.L.C., and Toshiba America*
      *Electronic Components, Inc.*

**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005

1

### CERTIFICATE OF SERVICE

2

3   ***In Re:  Cathode Ray Tube (CRT) Antitrust Litigation,***

4   **Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

5

6      I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not

7   a party to the within action.  I am employed at the law firm of White & Case LLP, 701

8   Thirteenth Street NW, Washington DC 20005.

9      On May 8, 2008, I filed the foregoing Notice of Appearance of George L. Paul with

10   the Clerk of the Court using the Official Court Electronic Document Filing System,

11   which served copies on all interested parties registered for electronic filing.  I also

12   certify that I mailed a true copy of the foregoing document by first-class mail to the

13   following non-CM/ECF participants:

14

15   Patrick J. Ahern
     Karen Sewell
16   Roxane Busey
17   BAKER & MCKENZIE
     One Prudential Plaza
18   130 East Randolph Drive
19   Chicago IL 60601

20
     Barry J. Bendes
21   Joseph E. Czerniawski
     Anthony J. Viola
22   EDWARDS ANGELL PALMER & DODGE LLP
23   750 Lexington Avenue
     New York, NY 10022
24

25   Anthony J. Bolognese
     Joshua H. Grabar
26   BOLOGNESE & ASSOCIATES, LLC
27   1500 JFK Boulevard
     Philadelphia, PA 19102
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Issac L. Diel
SHARP MCQUEEN
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John Gressette Felder, Jr.
MCGOWAN HOOD FELDER AND JOHNSON
1405 Calhoun Street
Columbia, SC 29201

Traviss Levine Galloway
ZELLE HOFMANN VOELBEL MASON & GETTE
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Martin E. Grossman
LAW OFFICES OF MARTIN E. GROSSMAN
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Krishna B. Narine
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwood, PA 19004

Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

1  Jean B. Roth
2  Lawrence P. Schaefer
3  Seymour J. Mansfield
   MANSFIELD TANICK & COHEN
4  1700 U.S. Bank Plaza South
   220 South Sixth Street
5  Minneapolis, MN 55402-4511

6
7  Roger Martin Schrimp
   DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
8  1601 I Street, 5th Floor
   Modesto, CA 95354
9
10 Imtiaz A. Siddiqui
   LOVELL STEWART HALEBIAN LLP
11 500 Fifth Avenue
   New York, NY 10110
12
13 Donna F. Solen
   MASON LAW FIRM
14 1225 19th Street, NW, Suite 500
   Washington, DC 20036
15
16
17 John M. Taladay
   BAKER & HOSTETLER
18 1050 Connecticut Avenue NW
   Washington, DC 20036
19
20 Jonathan Mark Watkins
   THE FURTH FIRM LLP
21 225 Bush Street, 15th Floor
   San Francisco, CA 94104-4249
22
23
24 
   _____
                    Ted Booth
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005